## TUCKER v FERGUS, Admr.

Ohio Appeals, 2nd Dist, Franklin Co.

No. 3098. Decided Oct. 13, 1939.

Peter Albietz, Columbus, for plaintiff-appellant.

Addison, Isaly & Addison, Columbus, for defendant-appellee.

## OPINION

BY THE COURT:

The above entitled cause is now being determined on defendant-appellee's motion to dismiss the plaintiff-appellant's appeal on the grounds that she has not complied with Rule VII of this Court, not having filed her assignments of error and brief within fifty days of the filing of her notice of intention to appeal.

Motion sustained.

HORNBECK, PJ., GEIGER & BARNES, JJ., concur.